# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:12-CR-239-21-GCM-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LORIE ANN DOOLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Request To Seal Motion For Reconsideration" (Document No. 266) filed July 29, 2013. Having carefully considered the motion and the record, and for good cause shown, the undersigned will grant the motion.

**IT IS THEREFORE ORDERED** that Defendant's "Request To Seal Motion For Reconsideration" (Document No. 266) is hereby **GRANTED**.

Signed: July 29, 2013

David C. Keesler
United States Magistrate Judge