IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CR239

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| RAMIN AMINI, *et al.* | ) | |
| _____ | ) | |

   This matter is before the Court upon its own motion.  A status conference was held in this matter on August 15, 2013.  Pursuant to discussions at the status conference, the government is directed to file an updated report of proposed groupings of defendants for trial within 20 days.  At this point, Group One will consist of  Vonetta Barnes (2), John McDowell (8), Carrie Tyson (13) and James Tyson, Sr. (15), who will be scheduled for trial beginning on October 15, 2013.  Group Two will be set for trial in January 2014.
   IT IS SO ORDERED.

Signed: August 15, 2013

Graham C. Mullen
United States District Judge