IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CR-239-21-GCM-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LORIE ANN DOOLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Request To Seal Notice Of Appeal And Motion For Revocation Of Magistrate's Order" (Document No. 285) filed August 19, 2013. Having carefully considered the motion and the record, and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS THEREFORE ORDERED** that Defendant's "Request To Seal Notice Of Appeal And Motion For Revocation Of Magistrate's Order" (Document No. 285) is hereby **GRANTED**.

Signed: August 19, 2013

David C. Keesler
United States Magistrate Judge