# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 3:12-CR-239 |
| KUROSH MEHR (9) ) | |
| ANN TYSON MITCHELL (10) ) | |
| JOHN WAYNE PERRY (11) ) | |
| LORIE DOOLEY (21) ) | |

## SCHEDULING ORDER

**THIS MATTER** is before the Court *sua sponte*. In advance of the February 3, 2014 trial date for the above-named Defendants, the Court orders that:

Motions to compel discovery, motions to suppress, motions under Rules 7, 8, 12, 13, 14, 16, 18, and 41 of the Federal Rules of Criminal Procedure, and motions *in limine* shall be filed no later than **January 10, 2014**. Responses to those motions shall be filed no later than **January 17, 2014**. Reply briefs shall be filed no later than **January 24, 2014**. Proposed jury instructions shall be filed no later than **January 24, 2014**.

**SO ORDERED**.

Signed: December 30, 2013

Graham C. Mullen
United States District Judge