# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:12-CR-00239-GCM

| | |
|---|---|
| USA, | )<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **ORDER** |
| | ) |
| LORIE DOOLEY, | )<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** is before the Court on Defendant Loorie Dooley's Motion for Reconsideration of Sentence (Doc. No. 1200), filed on January 1, 2016. This Court issued an order directing Defendant to file a response stating whether she wanted her Motion to be construed as a Motion to Vacate, pursuant to 28 U.S.C. § 2255. (Doc. No. 1232) The Court instructed Defendant to file her response within 20 days, and indicated that if she failed to file it, the Court would dismiss her Motion without prejudice. (*Id.*) Because Defendant's response was due on June 16, 2016, and she has failed to file it, **IT IS ORDERED** that her Motion for Reconsideration of Sentence (Doc. No. 1200) is **DISMISSED.**

**SO ORDERED.**

Signed: June 21, 2016

Graham C. Mullen
United States District Judge